B 6B (Official Form 6B) (12/07)

In re   APEX AVIATION CORPORATION         ,                                Case No.   11-70113-RLE-11
            Debtor                                                                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank-checking; First Republic Bank-checking | | 2,724.86 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Berkley Aviation/ StarNet Insurance; Wausau; Farmers; Travelers | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Case: 11-70113    Doc# 20    Filed: 10/11/11    Entered: 10/11/11 17:11:11    Page 1 of 6

In re  APEX AVIATION CORPORATION         ,          Case No.   11-70113-RLE-11
         Debtor                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Company A/R | | 132,112.37 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against Rabo Bank and their receiver regarding the receivership and taking over the debtor's business. | | 500,000.00 |

In re  APEX AVIATION CORPORATION    ,          Case No.   11-70113-RLE-11
                   Debtor                                             (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | All used in operation of Debtor's business.; Business license; FAA Repair Station; | | 15,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Van; 2005 Chrysler; 2005 Pickup; 2010 Camero; 2010 Equinox; 2010 HHR; 2 trailers; 1 tug; 1 tractor; 1 forklift | | 217,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | | Beech B200; | | |
| 28. Office equipment, furnishings, and supplies. | | All located at debtor business; desks, chairs; tables; etc.; equipment, etc.- see inventory attached hereto | | 45,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | All located at debtor business. - see inventory attached hereto | | 330,000.00 |
| 30. Inventory. | | All located at debtor business. | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Company good will | | 400,000.00 |

                                                   3  continuation sheets attached     Total ▶    $     1,641,837.23

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

| Manufacturer | Quantity | Model Number |
|---|---|---|
| Louisville | 1 | AM 104 |
| Werner | 1 | FS 104 |
| Werner | 1 | 7304 |
| Werner | 1 | TW 37330 |
| Werner | 1 | 150E |
| Werner | 1 | 355 |
| Werner | 1 | 17406 |
| Werner | 1 | P412 |
| Werner | 1 | P414 |
| Werner | 1 | 6210 |
| Werner | 1 | 310 |
| Cotterman | 1 | PIP12 |
| Cotterman | 1 | PIPS |

**Heaters**

| Manufacturer | Quantity | Model Number |
|---|---|---|
| Dayton | 1 | 3VE50 |
| Reddy | 1 | R115DT |

**Mobile Work Benches**

| | Quantity | Model Number |
|---|---|---|
| | 3 | N/A |

**Snorkel Man Lift**

| | Quantity | Model Number |
|---|---|---|
| | 1 | SL-20 |

**Tugs**

| Manufacturer | Quantity | Model Number |
|---|---|---|
| Tug | 1 | MA 50 |
| United Tractor | 1 | 5ML-120 F |

**Forklift**

| Manufacturer | Quantity | Model Number |
|---|---|---|
| Toyota | 1 | 5FG25 |

Jacks

| Manufacturer | Quantity | Model Number |
|---|---|---|
| Tronair | 2 | 03-4026-0012 |
| Tron air | 1 | 02-0511-0132 |
| Tronair | 6 | 02-0526-0100 |
| Tronair | 1 | 02-517-0140 |
| Tronair | 3 | 02-1040-0100-01 |
| Tronair | 3 | 02A-7844-0111 |
| Jet Mac | 3 | 3001-80 |
| C.H. Bowl | 2 | 3320 |
| Jack Hand | 2 | P11618 |

**Engine Stand**

| Manufacturer | Quantity | Model Number |
|---|---|---|
| Tronair | 1 | 08-0605-0000 |
| Tronair | 1 | K-2112 |

**Hydraulic Power Unit**

| Manufacturer | Quantity | Model Number |
|---|---|---|
| Tronair | 1 | 54300ZZ30 |
| Tronair | 1 | 05-7023-1100 |

**Tow Bars**

| Manufacturer | Quantity | Model Number |
|---|---|---|
| Tronair | 1 | 01-1200-0000 |
| Iron air | 3 | 01-1202-0000 |
| Tronair | 1 | 01-1270-0010 |
| BAC | 1 | T-34 |

**Tow Heads**

| Manufacturer | Quantity | Model Number |
|---|---|---|
| Tronair | 1 | 01-0543-0000 |
| Tronair | 1 | 01-0802-0011 |

**Page 2**

|  | Manufacturer | Quantity | Model Number |
|---|---|---|---|
| **Tow Heads** | Tronair | 1 | 01-0542-0010 |
|  | Tronair | 1 | 01-0559-0000 |
|  | Tronair | 1 | 01-0542-0100 |
|  | Tronair | 1 | 01-0594-0000 |
|  | Tronair | 1 | 01-0502-0000 |
|  | Tronair | 1 | 01-0515-0000 |
|  | Tronair | 1 | 01-0520-0010 |
| **GPU** | Rapid | 1 | MFGA4075200 |
|  | Hobart | 2 | GPU 400 |
| **Air Conditioner** | Nippondenso | 1 | 155FU |
| **Parts Wash Cabinet** | Eagle Equipment | 1 | SWC |
| **Vehicles** | 2006 Passenger Van | 1 | Ford Freestar |
|  | 2006 Chrysler | 1 | Chrysler 300C |
|  | 2006 4 Door Pickup | 1 | Ford F150 |
|  | 2010 Camaro | 1 | Chevrolet Camero |
|  | 2010 Equinox | 1 | Chevrolet Equinox |
|  | 2010 HHR | 1 | Chevrolet HHR |
| **Trailers** | Trailer | 1 | 7 x 14 Tandem Axle |
|  | Trailer | 1 | 6 x 10 Single Axle |
| **Metalworking Equipment** | Metal Brake | 1 | Pexto |
|  | Metal Cutter/Shearer | 1 | Pexto |
| **Shop Tools** | Bench Grinder | 1 |  |
|  | Drill Press | 1 |  |
|  | Table Vice | 1 |  |
|  | Hydraulic Press | 1 |  |
|  | Paint Booth | 1 |  |
|  | Shop Tables | 4 |  |
|  | DC Power Supply | 1 |  |
|  | 5606 Hydraulic Hand Pump | 1 |  |
|  | Skydrol Hand Pump | 1 |  |
|  | Parts Inventory | Variable |  |
| **Calibrated Tools** | Fluke Temp Sensor | 1 | 801-1( |
|  | Westward Dial Indicator | 1 | 4KU82 |
|  | Pacific Science Tensionometer | 1 | T5 |
|  | Fluke Multimeter | 1 | 79 111 |
|  | A + D Weight Scale | 1 | SK-20K |
|  | Amprobe IViegohmeter | 1 | AMB4D |
|  | Sigmation Tsnionmeter | 1 | C-S |
|  | Tensitron Tesionorneter | 1 | ACM 300 |
|  | Aero Quality Charger - Analyzer | 1 | 24-400 A |
|  | Christie Battery Charger | 1 | RF80GT |

**Page** 3

|                     | Manufacturer                          | Quantity | Model Number |
|---------------------|---------------------------------------|----------|--------------|
| Calibrated Tools    | Proto Torque Screwdriver              | 1        | 6104         |
|                     | Kell-Strom Digital Protractor         | 1        | Pro 360      |
|                     | 3D instruments, Dead Man Pressure Tester |       | 25544-25611  |
|                     | Fluke Current Clamp                   | 1        | 1410         |
|                     | Cecomp Digital Gauge                  | 1        | DPG 1000B    |
|                     | Cecomp Digital Gauge                  | 1        | DPG 100E     |
|                     | Cecomp Digital Gauge                  | 1        | 0-140.1N/F120 |
| Office Furnishings  | Sofa & Chair                          | 1        |              |
|                     | Desk                                  | 21       |              |
|                     | Chairs                                | 18       |              |
|                     | Meeting Table & Chairs                | 2        |              |
|                     | Book Shelves                          | 19       |              |
|                     | Storage Cabinets                      | 24       |              |
|                     | Storage Shelves                       | 26       |              |
|                     | Filing Cabinet -4 Drawers             | 33       |              |
|                     | Filing Cabinet - 3 Drawers            | 4        |              |
|                     | Filing Cabinet- 2 Drawers             | 16       |              |
|                     | Refrigerator Side by Side             | 1        |              |
|                     | Refrigerator Top Freezer              | 1        |              |
|                     | Washer                                | 1        |              |
|                     | Dryer                                 | 1        |              |
|                     | Dishwasher                            | 2        |              |
|                     | Ice Machine                           | 1        |              |
|                     | Kwik Print 86                         | 1        |              |
| 1T/Office           | Konica Minolta                        | 1        | C360         |
|                     | Konica Minolta                        | 2        | C280/C250    |
|                     | Minolta Dialta                        | 2        | 012510       |
|                     | Computers & Monitors                  | 11       |              |
|                     | Servers                               | 4        |              |
|                     | UPS Battery Backup                    | 2        |              |
|                     | Canon PC Printer 70                   | 1        |              |